## KEMERER v. FLYNT.

LUMPKIN, J. 1. When the charges complained of, and the requests to charge which were refused, are considered in connection with the evidence and the entire charge, they do not show reversible error.

2. There was evidence sufficient to support the verdict, and there was no error in overruling the motion for a new trial.

       *Judgment affirmed. All the Justices concur.*

       AUGUST 10, 1915.

  Action for damages. Before Judge Charlton. Chatham superior court. July 15, 1914.

*Hitch & Denmark,* for plaintiff in error.

*Oliver & Oliver,* contra.

---

## McDONALD v. WARD, administrator; *et vice versa.*

LUMPKIN, J. 1. While the charges of the court complained of were not in all respects accurate, and were to some extent subject to criticism, when viewed in connection with the entire charge, and with the evidence, they are not such as to require a new trial.

2. The other rulings complained of do not contain reversible error.

3. The verdict was supported by the evidence, and there was no error in overruling the motion for a new trial.

4. The judgment having been *affirmed* on the main bill of exceptions, the cross-bill of exceptions is *dismissed.*  *All the Justices concur.*

       AUGUST 10, 1915.

  Equitable petition. Before Judge Sheppard. Liberty superior court. January 27, 1914.

*A. S. Way* and *Thomas & Gibbs,* for McDonald.

*P. W. Meldrim* and *Edwin A. Cohen,* contra.